**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARTIN CHRISTOPHER EDWARDS,

    Defendant.

    /

No. CR 13-00351 WHA

**ORDER DENYING SECOND STIPULATION TO CONTINUE STATUS CONFERENCE**

    The undersigned judge has received a second stipulation to continue defendant Martin Christopher Edwards' status conference, from March 18 to April 15 (Dkt. No. 14). This comes after an order already continued this hearing once before, from February 18 to March 18, so that new counsel for the government could familiarize themselves with this action.

    The second stipulation is **DENIED**. Counsel should be prepared to propose a trial schedule at the status conference today.

    **IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE