IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN CHRISTOPHER EDWARDS,<br><br>    Defendant.<br>                                                   / | No. CR 13-00351 WHA<br><br>**ORDER RE DEFENDANT'S**<br>***EX PARTE* APPLICATION**<br>**FOR A SUBPOENA** |

      To prepare for his sentencing hearing, defendant Martin Christopher Edwards filed an *ex parte* application for a subpoena, directed to (Dkt. No. 28 at 1–2):

> [T]he Custodian of Records of 1-800-Flowers.com Inc., Wine Tasting Network, any wholly owned subsidiaries of The Wine Tasting Network, and Stockyards.com for production of the Profit and Loss statements for the following wholly owned subsidiaries of 1-800-Flowers.com, Inc: the Wine Tasting Network (and of any wholly owned subsidiaries of The Wine Tasting Network) as well as the Profit and Loss statements of Stockyards.com for fiscal years 2005–2014.  Mr. Edwards requests that these documents be produced within two weeks of service of the subpoena.

In essence, defendant seeks such "Profit and Loss statements" because they reportedly relate to his sentencing determination in the context of "an extraordinary or productive history of employment" (Chazin Decl. ¶ 4).  Defendant worked for The Wine Tasting Network and Stockyards.com from 2005 through 2013 (*id.* ¶ 3).

      Criminal Local Rule 17-2(a) provides the governing authority (emphasis added):

> No subpoena in a criminal case may require the production of books, papers, documents or other objects in advance of the trial,

hearing or proceeding at which these items are to be offered in evidence, *unless the Court has entered an order pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure.*

> (1) An order permitting issuance of a Rule 17(c) subpoena may be obtained by filing either a noticed motion pursuant to Crim. L.R. 47-2 or, *for good cause, an ex parte motion without advance notice to the opposing party*. An ex parte motion and order thereon may be filed under seal for good cause. A party requesting a subpoena must support its request by a declaration specifying the facts supporting the issuance of the subpoena along with a proposed order.

Defendant's application for a subpoena is **GRANTED**. This, however, is without prejudice to a motion to quash, filed within **SEVEN DAYS** of service of the aforementioned subpoena.

**IT IS SO ORDERED.**

Dated: July 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2