IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN CHRISTOPHER EDWARDS,

    Defendant.

No. CR 13-00351 WHA

**ORDER DENYING *EX PARTE* APPLICATION TO AMEND "TYPOGRAPHICAL ERROR" IN JUDGMENT AS TO FORFEITURE**

The government has filed an *ex parte* application to amend a "typographical error" in this case's judgment (Dkt. No. 41). In the government's view and with respect to the issue of forfeiture, the judgment erroneously included the following three items:

- Balance of the Dufrane Special Needs Trust Account Number 907987xxxx;
- Balance of the JPMorgan Chase Bank Account Number 379149xxxx; and
- A 2008 BMW purchased on June 16, 2012 (VIN Number 835X8DT86678) registered to [defendant].

But there is no typographical error in the judgment. In fact, the transcript from the September 2 hearing — in which judgment was imposed — provides the following:

> THE GOVERNMENT: Your Honor, this Court signed an Order of Forfeiture on July 7th of this year, and I would just ask that you incorporate that order into the judgment or attach it to the judgment.
>
> THE COURT: Forfeiture of what?

| | | |
|---|---|---|
| THE GOVERNMENT: | The BMW, and then the bank accounts. | |
| | * * * | |
| THE COURT: | All right.  So what's the magic words I need to say right now? | |
| THE GOVERNMENT: | Just — Just incorporate it to the judgment — into the judgment or — | |
| THE COURT: | All right. | |
| THE GOVERNMENT: | — that it be attached. | |
| THE COURT: | I hereby incorporate into the judgment the forfeitures previously agreed on. | |
| THE GOVERNMENT. | Perfect. | |

The *ex parte* application is therefore **DENIED**.  The parties, however, may file a joint stipulation to amend so that the judgment does not list the aforementioned three items.

**IT IS SO ORDERED.**

Dated: October 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE